IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES MELEAR**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 1:03cv674JMR**

**HARRISON COUNTY; HARRISON COUNTY SHERIFF, GEORGE PAYNE, Individually and in His Official Capacity; and JOHN DOES A-Z WHO ARE UNKNOWN TO THE PLAINTIFFS AT THIS TIME BUT ARE IN THE CHAIN OF COMMAND FOR THE HARRISON COUNTY SHERIFF'S DEPARTMENT; Individually and in their Official Capacities**     **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the memorandum opinion issued on November 29, 2005, the Defendant Payne's Motion [72-1, 148-1] for Summary Judgment should be granted, Defendant Payne's Motion[175-1] to Strike Plaintiff's Evidentiary Exhibits "A" through "F" should be granted, and that the Defendant Harrison County's Motion [188-1] for Summary Judgment should be granted.

IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed with prejudice.

This the 29th day of November, 2005.

                                             s/ John M. Roper, Sr.
                                           CHIEF UNITED STATES MAGISTRATE JUDGE